THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Darrin Bellinger, Appellant.
 
 
 

Appeal From Barnwell County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-612
Submitted December 1, 2005  Filed December 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Darrin Bellinger appeals his convictions and concurrent sentences of two years imprisonment, suspended upon service of ninety days, and two years probation for financial transaction card theft; and ninety days imprisonment for failing to register as a sex offender.  His counsel contends the trial court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Bellingers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. [1]
GOOLSBY, ANDERSON, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.